# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 11, 2021

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **United States v. Ledif Perez-Perez, et al., 20 Cr. 287 (JPO)**

Dear Judge Oetken:

      I am the attorney of record for Ledif Perez-Perez in the above-referenced matter. I write to respectfully request the Court permit Mr. Perez-Perez to join in all discovery requests and motions made by co-defendants, to the extent they are applicable to Mr. Perez-Perez.

      Thank you for your attention to this matter.

Granted.
So ordered.
 Jan. 13, 2021

Very truly yours,

*James Roth*

James Roth, Esq.

_____
J. PAUL OETKEN
United States District Judge