Case 1:20-cr-00287-JPO   Document 125   Filed 04/23/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>LEDIF PEREZ-PEREZ | )<br>)<br>) Case No: 20 Cr. 287-2 (JPO)<br>) USM No: 87779-054<br>) |
| Date of Original Judgment: 08/05/2022<br>Date of Previous Amended Judgment: 08/05/2022<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) n/a<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/05/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/23/2024

_____
J. PAUL OETKEN
United States District Judge

Effective Date: _____
*(if different from order date)*